*Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for respondent.

No. 166. JOHNSON ET AL. *v.* SMITH, COUNTY TREASURER, ET AL. Supreme Court of New York, Albany County. Certiorari denied. *Harold J. Hinman* for petitioners. *Neile F. Towner* and *Robert E. Whalen* for Smith, County Treasurer; and *Jack Goodman* for Sandler et al., respondents.

No. 167. RAILWAY EXPRESS AGENCY, INC. *v.* MALLORY. C. A. 5th Cir. Certiorari denied. *James L. Byrd, Harry S. Marx* and *Chas. C. Evans* for petitioner. *Charles F. Engle* for respondent.

No. 169. THOMPSON, TRUSTEE, *v.* CAMP, ADMINISTRATRIX. C. A. 6th Cir. Certiorari denied. *Edward P. Russell* for petitioner. *Walter P. Armstrong* and *R. G. Draper* for respondent.

No. 171. REINOLD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Martin A. Schenck* and *Frederick R. Graves* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for the United States.

No. 172. SPAGNUOLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry K. Chapman* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 173. DEWATERS *v.* MACKLIN COMPANY. C. A. 6th Cir. Certiorari denied. *Jack N. Tucker* and *Morton*

*A. Eden* for petitioner. *Maxwell F. Badgley* and *Frank E. Cooper* for respondent.

No. 174. UNITED STATES *v.* SILLIMAN. C. A. 3d Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Frederic M. P. Pearse, Sherwood D. Silliman* and *Reuben D. Silliman* for respondent.

No. 175. ECCO HIGH FREQUENCY CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Everett Frooks* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Morton K. Rothschild* for respondent.

No. 177. MASON *v.* PARADISE IRRIGATION DISTRICT. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *P. M. Barceloux* for respondent.

No. 180. MARIO MERCADO RIERA, EXECUTOR, *v.* ADRIAN MERCADO RIERA ET AL. C. A. 1st Cir. Certiorari denied. *Pedro M. Porrata* for petitioner. *José A. Poventud* and *F. Fernández Cuyar* for respondents.

No. 181. CHESBROUGH ET AL. *v.* WESTERN & SOUTHERN LIFE INSURANCE CO. ET AL. Supreme Court of Ohio. Certiorari denied. *Sol Goodman* for petitioners. *Webb I. Vorys* for respondents.

No. 183. REMINGTON RAND, INC. *v.* ROYAL TYPEWRITER CO., INC. C. A. 2d Cir. Certiorari denied. *Edwin T. Bean, Henry R. Ashton, Francis J. McNamara*